William W. TERRY, Respondent,

v.

Angela M. TERRY, Appellant.

No. WD 65580.

Missouri Court of Appeals,
Western District.

July 18, 2006.

Christopher A. Hazelrigg, Springfield, MO, for appellant.

James C. Johns, Clinton, MO, for respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Angela Terry appeals from the judgment dissolving her marriage to William Terry. She contends the trial court erred in dividing the marital property and in determining child custody.

Upon review of the briefs and the record, we find no error and affirm the judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b).